BB
AO 91 (Rev. 11/11) Criminal Complaint

2023R00247

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| UNITED STATES OF AMERICA | **FILED UNDER SEAL** |
|---|---|
| v. | Case No. 24-mj-78 (DTS) |
| ANDREW DAVID MUNSINGER | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 27, 2024, in Redwood County, in the State and District of Minnesota, defendant Andrew David MUNSINGER, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, as defined by 18 U.S.C. § 921(a)(17)(A), that is, multiple rounds of ZSR 7.62x51 mm SAR [M80] ammunition and multiple rounds of TulAmmo .223 REM caliber, 55 grain ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Special Agent with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

*Complainant's signature*

Jason Bujold, Special Agent, FBI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Zoom and email), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: February 5, 2024

City and State: Minneapolis, MN

*Judge's Signature*

David T. Schultz
United States Magistrate Judge
*Printed Name and Title*