BB
AO 442 (Rev. 11/11) Arrest Warrant

2023R00247

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

ANDREW DAVID MUNSINGER

**FILED UNDER SEAL**

Case No. 24-mj-78 (DTS)

**RECEIVED**
FEB 08 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANDREW DAVID MUNSINGER,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint

**Count 1:** On or about January 27, 2024, in Redwood County, in the State and District of Minnesota, defendant Andrew David MUNSINGER, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, as defined by 18 U.S.C. § 921(a)(17)(A), that is, multiple rounds of ZSR 7.62x51 mm SAR [M80] ammunition and multiple rounds of TulAmmo .223 REM caliber, 55 grain ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Date: February 5, 2024

*Issuing officer's signature*

City and State: Hennepin, MN

David T. Schultz, United States Magistrate Judge
*Printed Name and Title*

### Return

This warrant was received on *(date)* February 5, 2024, and the person was arrested on *(date)* February 7, 2024
at *(city and state)* Redwood Falls, MN.

Date: 2-8-24

*Arresting officer's signature*

Jason Bujold, Special Agent
*Printed name and title*

SCANNED
FEB 09 2024
U.S. DISTRICT COURT MPLS