24cr 61 JRT/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 921(a)(17)(A) |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(d)(1) |
| ANDREW DAVID MUNSINGER, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| Defendant. | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 853(p) |
| | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Felon in Possession of Firearms)

On or about February 7, 2024, in the State and District of Minnesota, the defendant,

**ANDREW DAVID MUNSINGER,**

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
|---|---|---|
| First-Degree Controlled Substance Crime | Meeker County, MN | September 2007 |
| Third-Degree Controlled Substance Crime | Stearns County, MN | September 2009 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is, a Ruger, model Security, semiautomatic 9mm-caliber pistol, bearing serial number 384-01403, a Winchester, model 1300, 12-gauge shotgun, bearing

SCANNED
MAR 06 2024
U.S. DISTRICT COURT MPLS

United States v. Andrew David Munsinger

serial number L2666233, and a Harrington & Richardson 12-gauge shotgun, bearing serial number NF262365, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Felon in Possession of Ammunition)

On or about February 7, 2024, in the State and District of Minnesota, the defendant,

**ANDREW DAVID MUNSINGER**,

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
|---|---|---|
| First-Degree Controlled Substance Crime | Meeker County, MN | September 2007 |
| Third-Degree Controlled Substance Crime | Stearns County, MN | September 2009 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, as defined by Title 18, United States Code, Section 921(a)(17)(A), that is, 344 SAR 18 7.62x51 ammunition rounds, 12 Tulammo .223 Rem ammunition rounds, 5 PERFECTA 308 WIN rounds, 58 SAR 18 7.62x51 cartridge cases, 4 Tulammo .223 Rem cartridge cases, 14 PERFECTA 308 WIN cartridge cases, 78 Hornady 223 REM cartridge cases, 8 G.F.L. 223 REM cartridge cases, 4 Hornady 300 BLK cartridge cases, 1 IK 22 5.56x45 cartridge case, 1 WIN 380 AUTO cartridge case, and 1 S&B 40 S&W

2

United States v. Andrew David Munsinger

cartridge case, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3
(Possession With Intent to Distribute Marihuana)

On or about February 7, 2024, in the State and District of Minnesota, the defendant,

**ANDREW DAVID MUNSINGER**,

did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marihuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures, pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories, (including any magazines, optic scopes, butt stocks, and other firearms parts), and ammunition, as defined by Title 18, United States Code, Section 921(a)(17)(A), involved in or used in any knowing violation of, the offenses alleged, including, but not limited to: a Ruger, model Security, semiautomatic 9mm-caliber pistol, bearing serial number 384-01403; a Winchester, model 1300, 12-gauge shotgun, bearing serial number

United States v. Andrew David Munsinger

L2666233; a Harrington & Richardson 12-gauge shotgun, bearing serial number NF262365; an unserialized black and silver AR-10 .308/7.62-caliber semiautomatic rifle, and all accessories, magazines, and ammunition seized therewith; an unserialized black AR-15 .223/5.56-caliber semiautomatic rifle, and all accessories (including an attached scope), magazines, and ammunition seized therewith; 344 SAR 18 7.62x51 ammunition rounds; 12 Tulammo .223 Rem ammunition rounds; 5 PERFECTA 308 WIN rounds; 58 SAR 18 7.62x51 cartridge cases; 4 Tulammo .223 Rem cartridge cases; 14 PERFECTA 308 WIN cartridge cases; 78 Hornady 223 REM cartridge cases; 8 G.F.L. 223 REM cartridge cases; 4 Hornady 300 BLK cartridge cases; 1 IK 22 5.56x45 cartridge case; 1 WIN 380 AUTO cartridge case; 1 S&B 40 S&W cartridge case; 2 green tip LC 21 .223/5.56-caliber ammunition rounds; 100 .223/5.56-caliber cartridge cases; 24 Federal 12-gauge shotgun ammunition rounds; 35 FC • 9mm • LUGER ammunition rounds; 73 FC • 9mm • LUGER cartridge cases; 4 Federal 357 MAGNUM cartridge cases; 1 FC 308 WIN cartridge case; and all other accessories, magazines, and ammunition seized with the firearms on or about February 7, 2024.

As a result of the offense alleged in Count 3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of each such violation; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation including, but not limited to: $24,300 cash in $100-dollar-bill denominations; a green Spartan Armor Systems tactical bullet-resistant vest; a Ruger, model Security, semiautomatic 9mm-caliber

4

United States v. Andrew David Munsinger

pistol, bearing serial number 384-01403; a Winchester, model 1300, 12-gauge shotgun, bearing serial number L2666233; a Harrington & Richardson 12-gauge shotgun, bearing serial number NF262365; an unserialized black and silver AR-10 .308/7.62-caliber semiautomatic rifle, and all accessories, magazines, and ammunition seized therewith; an unserialized black AR-15 .223/5.56-caliber semiautomatic rifle, and all accessories (including an attached scope), magazines, and ammunition seized therewith; 344 SAR 18 7.62x51 ammunition rounds; 12 Tulammo .223 Rem ammunition rounds; 5 PERFECTA 308 WIN rounds; 58 SAR 18 7.62x51 cartridge cases; 4 Tulammo .223 Rem cartridge cases; 14 PERFECTA 308 WIN cartridge cases; 78 Hornady 223 REM cartridge cases; 8 G.F.L. 223 REM cartridge cases; 4 Hornady 300 BLK cartridge cases; 1 IK 22 5.56x45 cartridge case; 1 WIN 380 AUTO cartridge case; 1 S&B 40 S&W cartridge case; 2 green tip LC 21 .223/5.56-caliber ammunition rounds; 100 .223/5.56-caliber cartridge cases; 24 Federal 12-gauge shotgun ammunition rounds; 35 FC • 9mm • LUGER ammunition rounds; 73 FC • 9mm • LUGER cartridge cases; 4 Federal 357 MAGNUM cartridge cases; 1 FC 308 WIN cartridge case; and all other accessories, magazines, and ammunition seized with the firearms on or about February 7, 2024. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

All in violation of Title 18, United States Code, Sections 921(a)(17)(A), 922(g)(1), 924(a)(8), and 924(d)(1), Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), 853, and 853(p), and Title 28, United States Code, Section 2461(c).

United States v. Andrew David Munsinger

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY            FOREPERSON