# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| United States of America,<br>　　　　　　　　　　Plaintiff,<br>v.<br>Andrew David Munsinger,<br>　　　　　　　　　　Defendant. | **COURT MINUTES**<br>Case Number: 24-61 (JRT/ECW)<br><br>Date:　　　　　　　April 4, 2025<br>Court Reporter:　Lori Simpson<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　　14E<br>Time Commenced:　8:18 am<br>Time Concluded:　5:32 pm<br>Time in Court:　　5 Hours & 10 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　For Plaintiff:　　Benjamin Bejar, Raphael Coburn
　For Defendant:　Aaron Morrison

PROCEEDINGS:

X　**JURY Trial Ended.**
X　Plaintiff's witnesses: Carissa Rootes, Mary Fannin
X　Defendant's witnesses: Todd Turpitt, Michael Schmidt, Steve Munsinger

X　Plaintiff rests.　　X　Defendant rests.
X　Closing arguments.
X　Jury received case at 2:30 p.m.

X　Verdict Rec'd at 4:22 p.m. for:
　　X　Guilty as to Counts 1-3

IT IS ORDERED:

X　Clerk to file Verdict.
X　Presentence Investigation and Report requested.
X　Sentencing is scheduled for August 13, 2025 at 10:00 a.m.

X   Defendant remanded to the custody of the U.S. Marshal.

 s/Heather Arent  
Courtroom Deputy Clerk
